UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SPRINGDALE FAMILY PRACTICE, PA, a South Carolina professional corporation; JOHN ROBERT DUNN, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 8:23-cv-01433-DOC-ADS<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF DEFENDANTS SPRINGDALE FAMILY PRACTICE, PA AND JOHN ROBERT DUNN WITHOUT PREJUDICE [13]**<br><br>*Complaint filed:* August 07, 2023<br>*Trial Date:* Not Set |

The Court having reviewed the Stipulation of Dismissal of Defendants SPRINGDALE FAMILY PRACTICE, PA, a South Carolina professional corporation, and JOHN ROBERT DUNN, an individual (collectively the "Parties"), hereby orders as follow:

///

///

///

///

**IT IS SO ORDERED:**

1. The Court shall retain jurisdiction for 60 days for the purposes of enforcing the terms of the Parties' settlement agreement.
2. This case is dismissed without prejudice.

Dated: September 20, 2023

*David O. Carter*
UNITED STATES DISTRICT COURT JUDGE